KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ISRAEL RIVERA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>                Defendant. | Case # 1:14-CV-01564-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel, that Plaintiff shall have a second extension of time to file Plaintiff's opening brief, in accordance with the scheduling order.

Counsel for the Plaintiff has been ill and unable to complete the scheduled briefing. Counsel is a solo practitioner and has no additional attorneys to help with this caseload at this time. As a result, counsel for Plaintiff requires additional time to draft the opening brief. Plaintiff requests an extension of time to August 18, 2015.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated August 17, 2015:            /s/ Kelsey M Brown

KELSEY MACKENZIE BROWN CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968
Attorney for Plaintiff

Dated August 17, 2015:     s/ KELSEY M. BROWN for Michael Marriott
                           MICHAEL MARRIOTT
                           (per e-mail authorization)
                           Special Assistant U.S. Attorney
                           Office of the General Counsel

                           Of Attorneys for Defendant


<u>ORDER</u>

The Court has reviewed this agreement and adopts the stipulation.  However, Plaintiff's counsel is advised that further stipulations or motions for extensions of time will be subject to greater scrutiny. This is Plaintiff's second extension of time and it is brought well after the motion deadline. Extensions of time brought on or after the required filing date are looked upon with disfavor.  L.R. 144(d).  Counsel is warned that any additional request for an extension of time must be timely, supported by good cause, or it will be denied.


IT IS SO ORDERED.

Dated:   **August 27, 2015**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE