BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8985
    Facsimile:  (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| ISRAEL RIVERA, | ) | Case No. 1:14-cv-01564-BAM |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | **STIPULATION FOR EXTENSION OF TIME AND ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
|     Defendant | ) | |
| _____ | ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including October 19, 2015.  The response is currently due September 17, 2015.  This extension is being sought because of workload issues, including the unavoidable transfer of assignments and a high volume of other disability matters in federal district court.

    The parties also stipulate that the scheduling order shall be modified accordingly.

//

Respectfully submitted,

Dated: September 22, 2015           */s/ Kelsey Mackenzie Brown* *
                                    KELSEY MACKENZIE BROWN
                                    (*as authorized by email)
                                    Attorney for Plaintiff

Dated: September 22, 2015           BENJAMIN B. WAGNER
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                           By:      */s/ Michael K. Marriott*
                                    MICHAEL K. MARRIOTT
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

## ORDER

Based on the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED that Defendant shall have a first extension of time to October 19, 2015, in which to respond to Plaintiff's Opening Brief.  All other deadlines set forth in the October 7, 2014 Scheduling Order are modified accordingly.  The parties are cautioned that any additional requests for extensions of time must be timely and supported by good cause.  Fed. R. Civ. P. 6(b); Local Rule 144(d).

IT IS SO ORDERED.

    Dated:   **September 22, 2015**           /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE